UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff(s),<br><br>v.<br><br>BARRY ALLEN GABELMAN,<br><br>Defendant(s). | Case No. 2:20-CR-19 JCM (NJK)<br><br>ORDER |

Presently before the court is Barry Allen Gabelman's ("defendant") emergency motion to reconsider. (ECF No. 36).

Defendant argues that "[a] motion for reconsideration may be granted in three situations: (1) when there is newly discovered evidence; (2) when the court has committed clear error; and (3) when there is an intervening change in the controlling law." (ECF No. 36 at 3 (citing *89 Orange St. Partners v. Arnold*, 179 F.3d 656, 665 (9th Cir. 1999)). But defendant does not present any newly discovered evidence, does not argue that the court committed clear error, and does not point to any intervening change in controlling law.

Instead, the entirety of defendant's motion is predicated on the recent spread of the novel strain of coronavirus, COVID-19. (*See generally* ECF No. 36). The court notes that regardless of where defendant is housed—whether that be Southern Nevada Detention Center or a halfway house—defendant is at risk of contracting COVID-19. In that regard, he is no different than any other Clark County resident, Nevadan, or American. The court acknowledges that the spread of COVID-19 may be acutely possible in the penological context, but the court cannot release every detainee at risk of catching COVID-19 because the court would be obligated to release every detainee.

**James C. Mahan**
**U.S. District Judge**

1       Defendant notes that his counsel inadvertently filed the instant motion on a nonemergency basis on March 19, 2020, and asks the court to strike the prior iteration of this motion. (ECF No. 36 at 1 n.1); (*see* ECF No. 35). The court declines defendant's invitation to address this motion on an emergency basis. Instead, the court denies the emergency motion (ECF No. 36) and will allow briefing on the nonemergency motion (ECF No. 35) in the ordinary course.

      Accordingly,

      IT IS HEREBY ORDERED, ADJUDGED, and DECREED that defendant's emergency motion to reconsider (ECF No. 36) be, and the same hereby is, DENIED.

      DATED March 23, 2020.

      _____
      UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**