DANIEL HILL, ESQ.
HILL FIRM PLLC
Nevada Bar No. 12773
228 S. 4th Street, 3rd Floor
Las Vegas, Nevada 89101
(702) 848-5000
dan@hillfirmlawyers.com
*Attorney for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>BARRY GABELMAN,<br><br>　　　　　Defendant. | Case No. 2:20-cr-000019-JCM-NJK<br><br>**STIPULATION TO CONTINUE SENTENCING DATE**<br><br>**(First Request)** |

　　　IT IS HEREBY STIPULATED AND AGREED by and between Jason M. Frierson, United States Attorney, and Bianca R. Pucci, Assistant United States Attorney, counsel for the United States of America, and Daniel Hill, counsel for Defendant Barry Gabelman, that the Defendant's sentencing date be extended to a date and time convenient for the Court no sooner than 60 days after the current sentencing date.

　　　The Stipulation is entered into for the following reasons:

　　　1.　　Defense counsel was appointed to replace trial counsel on April 22, 2022.

　　　2.　　Defense counsel is still arranging the transmission of the file from previous counsel, and needs time to discuss sentencing and the PSR with defendant.

　　　3.　　The additional time requested is not for the purposes of delay, but to allow defense counsel adequate time to familiarize himself with Defendant's case.

　　　4.　　Denial of this request for continuance could result in a miscarriage of justice.

///

///

5.     Accordingly, the parties hereby stipulate to continue Defendant Barry Gabelman's sentencing date for 60 days.

DATED this 16th day of May 2022.

By: */s/ Bianca R. Pucci*
BIANCA R. PUCCI
*Counsel for the Government*

By: */s/ Daniel Hill*
DANIEL HILL
*Counsel for the Defendant*

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-000019-JCM-NJK |
| Plaintiff, | **ORDER** |
| v. | |
| BARRY GABELMAN, | |
| Defendant. | |

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy sentencing, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for sentencing, taking into account the exercise of due diligence.

IT IS THEREFORE ORDERED that sentencing in the above-captioned matter currently scheduled for May 20, 2022 at 10:00 a.m., be vacated and continued to **July 20, 2022, at 10:30 a.m.** .

DATED May 18, 2022

HON. JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE