# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>BARRY GABELMAN,<br><br>    Defendant. | Case No. 2:20-cr-000019-JCM-NJK<br><br>**ORDER** |

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy sentencing, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for sentencing, taking into account the exercise of due diligence.

IT IS THEREFORE ORDERED that sentencing in the above-captioned matter currently scheduled for July 20, 2022 at 10:30 a.m., be vacated and continued to **October 19, 2022, at 10:00 a.m.**

IT IS FURTHER ORDERED that any re-filed Rule 29 motion be due 45 days before sentencing, and any response thereto be due 14 days thereafter.

DATED ___July 15, 2022___.

                                                         HON. JAMES C. MAHAN<br>
                                                         UNITED STATES DISTRICT JUDGE