```
___ FILED          ___ RECEIVED
___ ENTERED        ___ SERVED ON
              COUNSEL/PARTIES OF RECORD

         JAN 27 2023

       CLERK US DISTRICT COURT
         DISTRICT OF NEVADA
BY:_____ DEPUTY
```

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:20-CR-019-JCM-NJK |
| Plaintiff, | **Final Order of Forfeiture** |
| v. | |
| BARRY ALLEN GABELMAN, | |
| Defendant. | |

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (b)(2); 18 U.S.C. § 2428(a)(1); and 18 U.S.C. § 2428(b)(1)(A) with 28 U.S.C. § 2461(c), based upon the jury verdict finding Barry Allen Gabelman guilty of Count One, forfeiting specific property set forth in Forfeiture Allegation One of the Criminal Indictment and shown by the United States to have the requisite nexus to the offense to which Barry Allen Gabelman was found guilty. Criminal Indictment, ECF No. 17; Minutes of Jury Trial, ECF No. 113; Verdict Form, ECF No. 119; Preliminary Order of Forfeiture, ECF No. 122.

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property pursuant to Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

This Court finds the United States published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from February 20, 2022, through March 21, 2022, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication Exhibits, ECF No. 129-1, p. 5.

1  This Court finds no petition was filed herein by or on behalf of any person or entity
2  and the time for filing such petitions and claims has expired.
3  This Court finds no petitions are pending regarding the property named herein and
4  the time has expired for presenting such petitions.
5  THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that
6  all possessory rights, ownership rights, and all rights, titles, and interests in the property
7  hereinafter described are condemned, forfeited, and vested in the United States of America
8  pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); Fed. R. Crim. P. 32.2(c)(2); 18
9  U.S.C. §2428(a)(1); 18 U.S.C. § 2428(b)(1)(A) with 28 U.S.C. § 2461(c); and 21 U.S.C. §
10 853(n)(7) and shall be disposed of according to law:

  1. LG cellphone, SN: 804CYWC037089;
  2. Trojan Bare Skin condom recovered from Barry Allen Gabelman, on December 6, 2019

(all of which constitutes property).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the forfeited property shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED January 27, 2023.

JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE