UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff-Appellee,<br><br>　　v.<br><br>BARRY GABELMAN,<br><br>　　　　Defendant-Appellant. | Case No. 2:20-cr-00019-JCM-NJK<br><br>USCA Case No. 23-10023<br><br>**ORDER APPOINTING COUNSEL** |

　　　Pursuant to the March 25, 2024 Order directing the appointment of substitute counsel for Appellant, IT IS HEREBY ORDERED THAT **Houston Goddard** is appointed to represent Barry Gabelman for his appeal. Contact information for Mr. Goddard appears below:

　　　Houston Goddard
　　　100 Powell Place
　　　#1887
　　　Nashville, TN 37204
　　　(615) 669-9290
　　　Houston@Goddard-Pope.com

　　　Former counsel, Daniel Hill, is directed to forward the case file to Mr. Goddard forthwith. The clerk is directed to forward a copy of this order to the Clerk of the 9th Circuit Court of Appeals at counselappointments@ca9.uscourts.gov.

　　　DATED March 28, 2024
　　　*Nunc Pro Tunc:* March 25, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　JAMES C. MAHAN
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE