**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

    Plaintiff,

  vs.

BARRY ALLEN GABELMAN,

    Defendant.

Case No.: 2:20-cr-00019-JAD-NJK-1

**ORDER**

Accordingly, IT IS SO ORDERED that the sentencing currently scheduled for May 27, 2026 at the hour of 1:30 p.m., be vacated and continued to August 31, 2026,  at the hour of 10:00 a.m.

DATED this 4th day of May, 2026.

_____
UNITED STATES DISTRICT JUDGE